# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Silberman, Laurence H. | 2. Court or Organization<br><br>U.S. Court of Appeals D.C. Circuit | 3. Date of Report<br><br>05/15/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>US Circuit Court Judge - Senior Status | 5a. Report Type (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2018<br>to<br>12/31/2018 |

| 7. Chambers or Office Address<br><br>333 Constitution Avenue, N.W.<br>Room 3500<br>Washington, DC 20001 |
|---|

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Silberman, Laurence H. | 05/15/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2018 | Georgetown University Law Center, Distinguished Visitor from the Judiciary, Spring and Fall | $100,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2018 | Pension benefit - University of Texas MD Anderson |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Silberman, Laurence H. | 05/15/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Russell Lindner | Colonial Parking Pass | $400.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Silberman, Laurence H. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America Account, Washington, DC | | None | J | T | | | | | |
| 2. Wells Fargo Bank, NA, Account, Washington, DC | A | Interest | M | T | | | | | |
| 3. (H) IRA #1 | | | | | | | | | |
| 4. --T Rowe Price Capital Appreciation I Cl (TRAIX) (See Part VIII) | F | Dividend | P1 | T | Redeemed (part) | 01/02/18 | J | | |
| 5. (H) BROKERAGE ACCOUNT #1 | | | | | | | | | |
| 6. --American Balanced Fund Cl A | C | Dividend | M | T | | | | | |
| 7. --Capital Income Bldr Cl A | C | Dividend | M | T | | | | | |
| 8. --American Funds Fundamental Invs Inc Cl A | C | Dividend | M | T | | | | | |
| 9. --Europacific Growth Fd Cl A | A | Dividend | K | T | | | | | |
| 10. --Investment Co America Cl A | B | Dividend | | | Sold | 12/28/18 | L | A | |
| 11. --iShares Russell 2000 ETF | A | Dividend | | | Sold (part) | 12/28/18 | L | A | |
| 12. --iShares MSCI Emerg Mkt ETF | A | Dividend | K | T | Buy | 10/29/18 | K | | |
| 13. --Vanguard Small Cap ETF | | None | L | T | Buy | 12/28/18 | L | | |
| 14. --Wash Mutl Inv Fd Inc Cl A | | None | L | T | Buy | 12/28/18 | L | | |
| 15. (H) Georgetown University 401(k) Plan, | | | | | | | | | |
| 16. --Fidelity Balanced K | | None | | | Sold | 01/08/18 | N | A | |
| 17. --Fidelity FDM Idx 2060 IPR | D | Dividend | N | T | Buy | 01/23/18 | N | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Silberman, Laurence H. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. --Fidelity FDM Idx Inc IPR | | None | | | Buy | 01/08/18 | N | | |
| 19. | | | | | Sold | 01/23/18 | N | A | |
| 20. Rental Property #1, Washington, DC (See note, Part VIII) | D | Rent | P1 | S | | | | | |
| 21. (H) IRA #2 | | | | | | | | | |
| 22. --First Eagle Overseas Fd Cl I | A | Dividend | K | T | | | | | |
| 23. --Lazard International Strategic Inst | B | Dividend | L | T | | | | | |
| 24. --Brandywine Small Cap Value Manager | B | Int./Div. | M | T | | | | | |
| 25. --Franklin Mutual International Cl Z | A | Dividend | K | T | Sold (part) | 07/25/18 | J | A | |
| 26. | | | | | Sold (part) | 10/23/18 | J | A | |
| 27. --JP Morgan Value Adv Fund Cl L | D | Dividend | N | T | Sold (part) | 02/26/18 | J | A | |
| 28. | | | | | Sold (part) | 4/24/18 | J | A | |
| 29. | | | | | Sold (part) | 08/15/18 | K | C | |
| 30. --AIG Foc Div Strat Fund Cl W | D | Dividend | N | T | Sold (part) | 01/25/18 | J | A | |
| 31. | | | | | Sold (part) | 08/15/18 | K | B | |
| 32. --Clearbridge Mid Cap Growth Fund Cl. W | | None | M | T | | | | | |
| 33. --RBC Bank Cash | A | Interest | J | T | Buy (add'l) | 01/25/18 | J | | |
| 34. | | | | | Buy (add'l) | 02/26/18 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Silberman, Laurence H. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. | | | | | Buy (add'l) | 04/24/18 | J | | |
| 36. | | | | | Buy (add'l) | 07/25/18 | J | | |
| 37. | | | | | Buy (add'l) | 08/15/18 | L | | |
| 38. | | | | | Buy (add'l) | 10/23/18 | J | | |
| 39. | | | | | Redeemed (part) | 03/01/18 | J | | |
| 40. | | | | | Redeemed (part) | 08/17/18 | K | | |
| 41. (H) IRA #3 | | | | | | | | | |
| 42. Vanguard International Growth Inv | A | Dividend | J | T | Redeemed (part) | 12/17/18 | J | | |
| 43. | | | | | Sold (part) | 12/17/18 | J | A | |
| 44. Vanguard PRIMECAP Fund Investor | A | Dividend | J | T | Redeemed (part) | 12/17/18 | J | | |
| 45. | | | | | Sold (part) | 12/17/18 | J | A | |
| 46. | | | | | | | | | |
| 47. | | | | | | | | | |
| 48. | | | | | | | | | |
| 49. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Silberman, Laurence H. | 05/15/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Line 4: Partial redemptions listed are the first payments in a series of monthly, same-sized redemptions from the IRA account, with part taken from each of the investments listed. There were 12 such transactions in 2018.

Part VII, Line 20: This property, in Washington, DC, was assessed at $1,127,480 for 2019.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Laurence H. Silberman**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544